

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JAMES M. BURKE and BRADLEY  :
L. GROW, as the designated Sellers'  :   **07 CIV 9909**
Representatives, under that certain  :
Agreement and Plan of Reorganization and  :   Case No.
Merger by and between Eateries Holdings,  :
LLC, Eateries, Inc., Fiesta LLC, and the  :
members of Eateries Holdings, LLC,  :   **RULE 7.1 STATEMENT**
on the one hand, and Hestia Holdings, LLC,  :
Eateries Merger Sub, Inc. and Fiesta  :
Merger Sub, Inc., on the other hand,  :
dated as of December 26, 2006,  :
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs,　　:
　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
HESTIA HOLDINGS, LLC, a Delaware  :
Limited Liability Company, EATERIES, INC., a  :
Delaware corporation and FIESTA HOLDINGS,  :
INC., a Delaware corporation,  :
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　:
------------------------------------------------------------ X

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for plaintiffs, James M. Burke and Bradley L. Grow, as the designated Sellers'

Representatives, under that certain Agreement and Plan of Reorganization and Merger by and

between Eateries Holdings, LLC, Eateries, Inc., Fiesta LLC, and the members of Eateries

Holdings, LLC, on the one hand, and Hestia Holdings, LLC, Eateries Merger Sub, Inc. and

Fiesta Merger Sub, Inc., on the other hand, dated as of December 26, 2006, hereby certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

    None

Dated: New York, New York
       November 8, 2007

          ENTWISTLE & CAPPUCCI LLP
          Attorneys for Plaintiffs

          By: *William S. Gyves*
               WILLIAM S. GYVES

          280 Park Avenue, 26th Floor West
          New York, New York 10017
          (212) 894-7200