UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES M. BURKE and BRADLEY L. GROW,
as the designated Sellers' Representatives, under that certain
Agreement and Plan of Reorganization and Merger by and
between Eateries Holdings, LLC, Eateries, Inc., Fiesta LLC,
and the members of Eateries Holdings, LLC, on the one hand,
and Hestia Holdings, LLC, Eateries Merger Sub, Inc. and
Fiesta Merger Sub, Inc., on the other hand, dated as
of December 26, 2006,

                        Plaintiffs,

   -against-

HESTIA HOLDINGS, LLC, a Delaware
Limited Liability Company, EATERIES, INC., a
Delaware corporation and FIESTA HOLDINGS,
INC., a Delaware corporation,

                        Defendants.
----------------------------------------X

Case No. 07 CIV 9909 (HB)(HP)

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   )
                            s.s.:
COUNTY OF NEW CASTLE )

    DANIEL NEWCOMB, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 9th day of November, 2007, at approximately 2:37 p.m., deponent served a true copy of the Summons in a Civil Action, Complaint, Rule 7.1 Statement, Individual Practice Rules of Judge Baer, Individual Practice Rules of Magistrate Judge Pitman, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Eateries, Inc., by serving their Registered Agent, The Corporation Service Company at 2711 Centerville Road, Wilmington, Delaware by personally delivering and leaving the same with Mary Drummond, Managing Agent, who informed deponent that she is authorized to accept service at that address.

    Mary Drummond is a black female in her 40's, stands approximately 5 feet, 6 inches tall, weighs approximately 130 pounds with brown hair and brown eyes.

Sworn to before me this
____9th____ day of November, 2007.

_____
DANIEL NEWCOMB

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 16, 2008