UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JAMES M. BURKE and BRADLEY : 
L. GROW, as the designated Sellers' : 
Representatives, under that certain : 
Agreement and Plan of Reorganization and : Civil Action No.: 07-9909 (HB)
Merger by and between Eateries Holdings, : 
LLC, Eateries, Inc., Fiesta LLC, and the : 
members of Eateries Holdings, LLC, : 
on the one hand, and Hestia Holdings, LLC, : 
Eateries Merger Sub, Inc. and Fiesta : 
Merger Sub, Inc., on the other hand, : **STIPULATION EXTENDING**
dated as of December 26, 2006, : **TIME TO ANSWER, MOVE,**
: **OR OTHERWISE RESPOND**
Plaintiffs, : **TO COUNTERCLAIMS**

-against-

HESTIA HOLDINGS, LLC, a Delaware : 
Limited Liability Company, EATERIES, INC., a : 
Delaware corporation and FIESTA HOLDINGS, : 
INC., a Delaware corporation, : 

Defendants. : 

------------------------------------------------------------X

HESTIA HOLDINGS, LLC, EATERIES, INC. and : 
FIESTA HOLDINGS, INC., : 

Counterclaimants, : 

-against-

JAMES BURKE and BRADLEY L. GROW, as the : 
designated Sellers' Representatives, EATERIES : 
HOLDINGS, LLC, THE BURKE FAMILY, LLC, : 
BRADLEY L. GROW, THE GROW FAMILY : 
LLC, THE BRADLEY L. GROW REVOCABLE : 
TRUST, VINCENT F. ORZA, PATRICIA L. : 
ORZA, PATRICIA LANDI ORZA TRUST, : 
ALEXANDRA MARIA ORZA TRUST, : 
PATRICIA L. ORZA TRUST, VINCENT F. ORZA : 
JR. TRUST, J.B. EDWARDS, DOUG DAVIS, : 
PHILLIPS, MCFALL, MCCAFFREY, MCVAY & : 
MURRAH 401K PROFIT SHARING PLAN, D. : 
KEITH MCFALL, and BILL TOTTY, : 

Counterclaim Defendants. : 

------------------------------------------------------------X

DEC 2 0 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time for counterclaim defendants James Burke and Bradley L. Grow, as the designated Sellers' Representatives, Eateries Holdings, LLC, The Burke Family, LLC, Bradley L. Grow, The Grow Family LLC, The Bradley L. Grow Revocable Trust, Vincent F. Orza, Patricia L. Orza, Patricia Landi Orza Trust, Alexandra Maria Orza Trust, Patricia L. Orza Trust, Vincent F. Orza Jr. Trust, J.B. Edwards, Doug Davis, Phillips, McFall, McCaffrey, McVay & Murrah 401k Profit Sharing Plan, D. Keith McFall, and Bill Totty, to answer, move or otherwise respond to the counterclaims of counterclaimants Hestia Holdings, LLC, Eateries, Inc. and Fiesta Holdings, Inc. in the above-captioned action shall be extended from December 19, 2007 up to and including January 18, 2008.

Dated: New York, New York
December 19, 2007

ENTWISTLE & CAPPUCCI LLP
Attorneys for Plaintiffs and Counterclaim Defendants

By: _Robert M. Travisano_
WILLIAM S. GYVES
ROBERT M. TRAVISANO

280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

DEWEY PEGNO & KRAMARSKY LLP
Attorneys for Defendants and Counterclaimants

By: _Keara A. Bergin_
KEARA A. BERGIN

220 East 42nd Street
New York, New York 10017
(212) 943-9000

SO ORDERED:

_Harold Baer_  12/20/07
HAROLD BAER, JR., U.S.D.J.

2