UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

| | |
|---|---|
| JAMES M. BURKE and BRADLEY L. GROW, as the designated Sellers' Representatives, under that certain Agreement and Plan of Reorganization and Merger by and between Eateries Holdings, LLC, Eateries, Inc., Fiesta LLC, and the members of Eateries Holdings, LLC, on the one hand, and Hestia Holdings, LLC, Eateries Merger Sub, Inc. and Fiesta Merger Sub, Inc., on the other hand, dated as of December 26, 2006, | : : : : : : : : : : |

07 Civ. 9909 (HB) (HBP)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Plaintiffs,        :

-against-        :

HESTIA HOLDINGS, LLC, a Delaware      :
Limited Liability Company, EATERIES, INC., a  :
Delaware corporation and FIESTA HOLDINGS,   :
INC., a Delaware corporation,          :

Defendants.        :

--------------------------------------------------------- X

    PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York, Robert M.

Travisano, an associate with the law firm of Entwistle & Cappucci LLP, attorneys for Plaintiffs,

and a member in good standing of the bar of this Court, hereby moves for an order allowing the

admission pro hac vice of the following attorneys to act as counsel for Plaintiffs:

**Michael R. Perri**

        Michael R. Perri
        Phillips McFall McCaffrey
         McVay and Murrah, P.C.
        Corporate Tower, 13th Floor
        101 North Robinson
        Oklahoma City, Oklahoma 73102

Telephone: (405) 235-4100
Facsimile: (405) 235-4133

Michael R. Perri is a member in good standing of the bars of the State of Oklahoma, the United States District Court for the Western and Northern Districts of Oklahoma and the District of Nebraska, and the United States Court of Appeals for the Tenth Circuit.

There are no pending disciplinary proceedings against Mr. Perri in any State or Federal Court.

### Robert J. Campbell, Jr.

Robert J. Campbell, Jr.
Phillips McFall McCaffrey
 McVay and Murrah, P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133

Robert J. Campbell, Jr. is a member in good standing of the bars of the State of Oklahoma, the United States District Court for the Eastern, Western and Northern Districts of Oklahoma and the District of Nebraska and the United States Court of Appeals for the Tenth Circuit.

There are no pending disciplinary proceedings against Mr. Campbell in any State or Federal Court.

### Wendy P. Higgins

Wendy P. Higgins
Phillips McFall McCaffrey
 McVay and Murrah, P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133

2

Wendy P. Higgins is a member in good standing of the bar of the State of

Oklahoman and the United States District Court for the Western District of Oklahoma.

There are no pending disciplinary proceedings against Ms. Higgins in any State or

Federal Court.

Dated: December 21, 2007
        New York, New York

Respectfully submitted,

ENTWISTLE & CAPPUCCI LLP
Attorneys for Plaintiffs

By:    _____
       ROBERT M. TRAVISANO (RMT 3253)

280 Park Avenue, 26th Floor West
New York, New York 10017
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
E-mail:  rtravisano@entwistle-law.com

## CERTIFICATE OF SERVICE

I, Kathy Stone, hereby certify that on December 21, 2007, I caused a copy of

Notice of Motion to Admit Counsel Pro Hac Vice, Declaration of Robert M. Travisano in

Support of Motion to Admit Counsel Pro Hac Vice and Order for Admission of Counsel Pro Hac

Vice to be served via hand delivery upon counsel for defendants as follows:

Keara A. Bergin, Esq.
Dewey Pegno & Kramarsky LLP
The News Building
220 East 42nd Street
New York, New York 10017

_____
KATHY STONE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JAMES M. BURKE and BRADLEY  :
L. GROW, as the designated Sellers'  :
Representatives, under that certain  :
Agreement and Plan of Reorganization and  :    07 Civ. 9909 (HB) (HBP)
Merger by and between Eateries Holdings,  :
LLC, Eateries, Inc., Fiesta LLC, and the  :
members of Eateries Holdings, LLC,  :    **DECLARATION OF**
on the one hand, and Hestia Holdings, LLC,  :    **ROBERT M. TRAVISANO**
Eateries Merger Sub, Inc. and Fiesta  :    **IN SUPPORT OF MOTION**
Merger Sub, Inc., on the other hand,  :    **TO ADMIT COUNSEL**
dated as of December 26, 2006,  :    **PRO HAC VICE**

                                 :
                    Plaintiffs,  :
                                 :
    -against-                    :
                                 :
HESTIA HOLDINGS, LLC, a Delaware  :
Limited Liability Company, EATERIES, INC., a  :
Delaware corporation and FIESTA HOLDINGS,  :
INC., a Delaware corporation,  :
                                 :
                    Defendants.  :

------------------------------------------------------------- X

ROBERT M. TRAVISANO, pursuant to 28 U.S.C. § 1746, being of full age,

hereby declares as follows:

    1.    I am an attorney at law duly admitted to practice before this Court and am

an associate at the law firm of Entwistle & Cappucci LLP, attorneys for plaintiffs James M.

Burke and Bradley L. Grow in the above-captioned matter.  I am in good standing with this

Court and fully familiar with the facts and circumstances set forth herein.

    2.    I respectfully submit this Declaration in support of Plaintiffs' motion to

admit Michael R. Perri, Robert J. Campbell, Jr. and Wendy P. Higgins as counsel pro hac vice to

represent them in this matter.

### Michael R. Perri

3.    Mr. Perri is a shareholder in the law firm of Phillips McFall McCaffrey McVay and Murrah, P.C., of Oklahoma City, Oklahoma ("Phillips McFall"). He is a member in good standing of the bars of the State of Oklahoma, the United States District Court for the Western and Northern Districts of Oklahoma and the District of Nebraska, and the United States Court of Appeals for the Tenth Circuit.

4.    Attached hereto as Exhibit A are Certificates of Good Standing for Mr. Perri from each of the aforementioned bars.

### Robert J. Campbell, Jr.

5.    Mr. Campbell is a shareholder in the law firm of Phillips McFall. He is a member in good standing of the bars of the State of Oklahoma, the United States District Court for the Eastern, Western and Northern Districts of Oklahoma and the District of Nebraska and the United States Court of Appeals for the Tenth Circuit.

6.    Attached hereto as Exhibit B are Certificates of Good Standing for Mr. Campbell from each of the aforementioned bars.

### Wendy P. Higgins

7.    Ms. Higgins is an associate with the law firm of Phillips McFall. She is a member in good standing of the Bar of the State of Oklahoma.

8.    Attached hereto as Exhibit C is a Certificate of Good Standing for Ms. Higgins from the Bar of the State of Oklahoma and the United States District Court for the Western District of Oklahoma.

9.    Along with William S. Gyves, a partner with my firm who is a member in good standing of the bar of this court, I will be associated with Messrs. Perri and Campbell and Ms. Higgins at all times in the representation of Plaintiffs in this matter.

10.    I am familiar with the reputation and ability of the three candidates for <u>pro hac vice</u> admission and represent to the Court that they are competent and respected attorneys of high moral character, and can be expected to abide by the Court's rules, rulings and orders.

11.    I am advised that there are no pending disciplinary proceedings against these three candidates in any State or Federal court.

12.    Furthermore, all three counsel are aware of their obligation to associate with counsel who is licensed to practice before the United States District Court for the Southern District of New York, and they will do so throughout this litigation.

13.    I respectfully request that the motion to admit Messrs. Perri and Campbell and Ms. Higgins <u>pro hac vice</u> to represent Plaintiffs be granted.

14.    A proposed order granting the admission of these three counsel <u>pro hac vice</u> is annexed hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2007

ROBERT M. TRAVISANO



**OKLAHOMA BAR ASSOCIATION**
1901 North Lincoln Boulevard • P.O. Box 53036 • Oklahoma City, OK 73152-3036 • (405) / 416-7007
Website: www.okbar.org                                              FAX (405) / 416-7003

**DAN MURDOCK**
General Counsel

**JANIS HUBBARD**
First Asst. General Counsel

**LORAINE D. FARABOW**
Asst. General Counsel

**JANNA D. HALL**
Asst. General Counsel

**ROBERT D. HANKS**
Senior Investigator

**RAY PAGE**
Investigator

**SHARON ORTH**
Investigator

**DOROTHY WALOS**
Investigator

### C E R T I F I C A T E

STATE OF OKLAHOMA    )
            )
COUNTY OF OKLAHOMA   )

  Janis Hubbard, being duly sworn, deposes and says:

  That she is the First Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

  That MICHAEL ROBERT PERRI, OBA #11954, was admitted to the practice of law by the Supreme Court of Oklahoma on October 15, 1986, and is an active member in good standing of the Oklahoma Bar Association.

              Janis Hubbard
              First Assistant General Counsel

  Subscribed and sworn to before me this 29th day of November, 2007.

              NOTARY PUBLIC

My Commission Expires:
**January 08, 2011**
Commission Number:
**07000304**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                    )
                                            ) ss.
WESTERN DISTRICT OF OKLAHOMA                 )

I, *Robert D. Dennis,* Clerk of the United States District Court of the District of Western Oklahoma,

DO HEREBY CERTIFY That __Michael R. Perri__ (Federal Bar # 6759)

was duly admitted to practice in said Court on __June 5, 1987__

and is in good standing as a member of the bar of the Court.

*ROBERT D. DENNIS, Clerk*

Dated at Oklahoma City, Oklahoma

on __November 28, 2007__                    By: _____
                                            San Nguyen, Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA


### CERTIFICATE OF GOOD STANDING

I, Phil Lombardi, Clerk of Court, United States District Court, Northern District of Oklahoma, **DO HEREBY CERTIFY THAT** Michael R Perri was duly admitted to practice in said Court on November 24th, 1997 and is in good standing as a member of the bar of said Court.

Dated at Tulsa, Oklahoma on December 5, 2007.


Phil Lombardi,
Clerk of Court, United States District Court

By: S. MacDonald, Deputy Clerk

AO 136 (3/78)

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                              )
                                                     ) ss.
DISTRICT OF NEBRASKA                                  )

     I, Denise M. Lucks, Clerk of the United States District Court for the District

of Nebraska, DO HEREBY CERTIFY that Michael R. Perri was duly

admitted to practice in said Court on December 5, 2006, and is in good standing in said Court.

Dated at Omaha, NE.                        DENISE M. LUCKS    

on December 3, 2007.                                              Clerk

    By

                                 Deputy Clerk



THE UNITED STATES OF AMERICA

for the Tenth Circuit

I, Elisabeth A. Shumaker, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Michael R. Perri was

duly admitted to practice before this Court on February 10, 1992,

and is in good standing. There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on December 3, 2007.

ELISABETH A. SHUMAKER
Clerk of Court

By

Deputy Clerk



# OKLAHOMA BAR ASSOCIATION

1901 North Lincoln Boulevard • P.O. Box 53036 • Oklahoma City, OK 73152-3036 • (405) / 416-7007
Website: www.okbar.org                                                    FAX (405) / 416-7003

**DAN MURDOCK**
General Counsel

**JANIS HUBBARD**
First Asst. General Counsel

**LORAINE D. FARABOW**
Asst. General Counsel

**JANNA D. HALL**
Asst. General Counsel

**ROBERT D. HANKS**
Senior Investigator

**RAY PAGE**
Investigator

**SHARON ORTH**
Investigator

**DOROTHY WALOS**
Investigator

## C E R T I F I C A T E

STATE OF OKLAHOMA      )
                                          )
COUNTY OF OKLAHOMA )

Dan Murdock, being duly sworn, deposes and says:

That he is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That ROBERT JAMES CAMPBELL JR., OBA #1451, was admitted to the practice of law by the Supreme Court of Oklahoma on October 17, 1980, and is an active member in good standing of the Oklahoma Bar Association.

_____
Dan Murdock, General Counsel

Subscribed and sworn to before me this 3rd day of December, 2007.

_____
NOTARY PUBLIC

My Commission Expires:
   January 8, 2011
Commission Number:
   07000304



AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

EASTERN        **DISTRICT OF**        OKLAHOMA

**CERTIFICATE OF
GOOD STANDING**

*I,* William B. Guthrie *, Clerk of this Court,*

*certify that* Robert J. Campbell, Jr. *, Bar #* 1451 *,*

*was duly admitted to practice in this Court on*

June 12, 2001 *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* Muskogee *on* December 4, 2007 .
LOCATION                                    DATE

William B. Guthrie
CLERK

*Jeanne Blowin*
DEPUTY CLERK

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                )
                                             ) ss.
**WESTERN DISTRICT OF OKLAHOMA**             )

I, *Robert D.  Dennis,* Clerk of the United States District Court of the District of Western Oklahoma,

**DO HEREBY CERTIFY That**   Robert J. Campbell        (Federal Bar # 5294)

was duly admitted to practice in said Court on  December 15, 1983

and is in good standing as a member of the bar of the Court.

*ROBERT D. DENNIS, Clerk*

Dated at Oklahoma City, Oklahoma

on   December 5, 2007

By: _____
San Nguyen, Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

### CERTIFICATE OF GOOD STANDING

I, Phil Lombardi, Clerk of Court, United States District Court, Northern District of Oklahoma, **DO HEREBY CERTIFY THAT** Robert J Campbell was duly admitted to practice in said Court on February 05th, 1998 and is in good standing as a member of the bar of said Court.

Dated at Tulsa, Oklahoma on December 5, 2007.

Phil Lombardi,
Clerk of Court, United States District Court

By: S. MacDonald, Deputy Clerk

AO 136 (3/78)

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )

                                   ) ss.

DISTRICT OF NEBRASKA           )

      I, Denise M. Lucks, Clerk of the United States District Court for the District

of Nebraska, DO HEREBY CERTIFY that Robert J. Campbell, Jr. was duly

admitted to practice in said Court on December 5, 2006, and is in good standing in said Court.

Dated at Omaha, NE.                __DENISE M. LUCKS__

                                               Clerk

on December 5, 2007.

                      By _____

                                         Deputy Clerk



**THE UNITED STATES OF AMERICA**

for the Tenth Circuit

I, Elisabeth A. Shumaker, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Robert J. Campbell, Jr. was

duly admitted to practice before this Court on May 13, 1983,

and is in good standing.  There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on December 4, 2007.

ELISABETH A. SHUMAKER
Clerk of Court

By: _____
Deputy Clerk



# OKLAHOMA BAR ASSOCIATION

1901 North Lincoln Boulevard • P.O. Box 53036 • Oklahoma City, OK 73152-3036 • (405) / 416-7007
Website: www.okbar.org                                    FAX (405) / 416-7003

**DAN MURDOCK**
General Counsel

**JANIS HUBBARD**
First Asst. General Counsel

**LORAINE D. FARABOW**
Asst. General Counsel

**JANNA D. HALL**
Asst. General Counsel

**ROBERT D. HANKS**
Senior Investigator

**RAY PAGE**
Investigator

**SHARON ORTH**
Investigator

**DOROTHY WALOS**
Investigator

## C E R T I F I C A T E

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA )

Dan Murdock, being duly sworn, deposes and says:

That he is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That WENDY POOLE HIGGINS, OBA #21697, was admitted to the practice of law by the Supreme Court of Oklahoma on September 27, 2007, and is an active member in good standing of the Oklahoma Bar Association.

_____
Dan Murdock, General Counsel

Subscribed and sworn to before me this 3rd day of December, 2007.

_____
NOTARY PUBLIC

My Commission Expires:
__January 8, 2011__
Commission Number:
__07000304__



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            )
                                    ) ss.
WESTERN DISTRICT OF OKLAHOMA    )

I, *Robert D. Dennis,* Clerk of the United States District Court of the District of Western Oklahoma,

DO HEREBY CERTIFY That __Wendy P. Higgins__        (Federal Bar # <u>07-195</u>)

was duly admitted to practice in said Court on __November 1, 2007__

and is in good standing as a member of the bar of the Court.

*ROBERT D. DENNIS, Clerk*

Dated at Oklahoma City, Oklahoma

on __December 5, 2007__

By: _____
San Nguyen, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JAMES M. BURKE and BRADLEY : 
L. GROW, as the designated Sellers' :
Representatives, under that certain :
Agreement and Plan of Reorganization and :   07 Civ. 9909 (HB) (HBP)
Merger by and between Eateries Holdings, :
LLC, Eateries, Inc., Fiesta LLC, and the :
members of Eateries Holdings, LLC, :
on the one hand, and Hestia Holdings, LLC, :   **ORDER FOR ADMISSION**
Eateries Merger Sub, Inc. and Fiesta :   **OF COUNSEL PRO HAC VICE**
Merger Sub, Inc., on the other hand, :
dated as of December 26, 2006, :
  :
  :
                 Plaintiffs, :
  :
    -against- :
  :
  :
HESTIA HOLDINGS, LLC, a Delaware :
Limited Liability Company, EATERIES, INC., a :
Delaware corporation and FIESTA HOLDINGS, :
INC., a Delaware corporation, :
  :
                Defendants. :

------------------------------------------------------------ X

THIS MATTER having been brought before the Court upon the application of

Robert M. Travisano, Esq. of Entwistle & Cappucci LLP, attorneys for plaintiffs James M.

Burke and Bradley L. Grow in the above-captioned matter, for an order pursuant to Local Rule

1.3(c) admitting certain counsel pro hac vice.

IT IS HEREBY ORDERED that:

        Michael R. Perri
        Phillips McFall McCaffrey
         McVay and Murrah, P.C.
        Corporate Tower, 13th Floor
        101 North Robinson
        Oklahoma City, Oklahoma 73102
        Telephone:  (405) 235-4100
        Facsimile:  (405) 235-4133
        E-mail:  mrperri@phillipsmcfall.com

-and-

Robert J. Campbell, Jr.
Phillips McFall McCaffrey
  McVay and Murrah, P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-4100
Facsimile:  (405) 235-4133
E-mail:  rjcampbell@phillipsmcfall.com

-and-

Wendy P. Higgins
Phillips McFall McCaffrey
  McVay and Murrah, P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-4100
Facsimile:  (405) 235-4133
E-mail:  wphiggins@phillipsmcfall.com

are hereby admitted to practice pro hac vice as counsel for plaintiffs James M. Burke and

Bradley L. Grow in the above-captioned matter in the United States District Court for the

Southern District of New York.

IT IS FURTHER ORDERED that all attorneys appearing before this Court are

subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

IT IS FURTHER ORDERED that the aforementioned Counsel shall immediately

apply for an Electronic Case Filing system password and forward the pro hac vice fee to the

Clerk of the Court.

_____
                                                        , U.S.D.J.