UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
JAMES M. BURKE, et al., :
:
        Plaintiffs, : Civil Action No.: 07-9909 (HB)(HBP)
:
  -against- :
: **NOTICE OF MOTION**
HESTIA HOLDINGS, LLC, et al., :
:
        Defendants. :
:
------------------------------------------------------------- x
:
HESTIA HOLDINGS, LLC, et al., :
:
        Counterclaimants, :
:
  -against- :
:
JAMES BURKE, et al., :
:
        Counterclaim Defendants. :
:
------------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon the memorandum of law and Declaration of Robert M. Travisano, Esq. submitted herewith, Counterclaim Defendants James Burke and Bradley L. Grow, in their capacity as Sellers' Representatives, along with Eateries Holdings, LLC, The Burke Family, LLC, Bradley L. Grow, The Grow Family LLC, The Bradley L. Grow Revocable Trust, Vincent F. Orza, Patricia L. Orza, Patricia Landi Orza Trust, Alexandra Maria Orza Trust, Patricia L. Orza Trust, Vincent F. Orza Jr. Trust, J.B. Edwards, Doug Davis, Phillips, McFall, McCaffrey, McVay & Murrah 401K Profit Sharing Plan, D. Keith McFall and Bill Totty, by and through their undersigned counsel, shall move before the Honorable Harold Baer, Jr., U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on

a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Count II (Breach of Covenant of Good Faith and Fair Dealing), Count III (Prima Facie Tort), Count IV (Breach of Fiduciary Duty) and Count V (Aiding and Abetting Breach of Fiduciary Duty) of the Counterclaims for failing to state a claim upon which relief may be granted.

PLEASE TAKE FURTHER NOTICE that opposing affidavits and memoranda of law, if any, shall be served and filed on or before February 4, 2008.

PLEASE TAKE FURTHER NOTICE that reply affidavits and memoranda of law, if any, shall be served and filed on or before February 11, 2008.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested.

Dated: New York, New York
       January 21, 2008

                          ENTWISTLE & CAPPUCCI LLP

                          By:    /s/ William S. Gyves
                                  William S. Gyves
                                  Robert M. Travisano
                                  280 Park Avenue, 26th Floor West
                                  New York, New York 10017
                                  Telephone: (212) 894-7200
                                  Facsimile: (212) 894-7272
                                  wgyves@entwistle-law.com
                                  rtravisano@entwistle-law.com

Michael R. Perri
Robert J. Campbell
Wendy P. Higgins
PHILLIPS MCFALL MCCAFFREY
MCVAY & MURRAH, P. C.
Corporate Tower, 13th Floor
101 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405)235-4100
Facsimile: (405)235-4133
mrperri@phillipsmcfall.com
rjcampbell@phillipsmcfall.com
wphiggins@phillipsmcfall.com

(Pro Hac Vice Applications Pending)

Attorneys for Plaintiffs and
Counterclaim Defendants

## CERTIFICATE OF SERVICE

I, Josephine Ricca, hereby certify that on January 21, 2008, I caused a copy of the attached Notice of Motion, Declaration of Robert M. Travisano, Esq. and Memorandum of Law in Support of Motion for Partial Dismissal of Counterclaims to be served via ECF upon counsel for Counterclaimants as follows:

>Keara A. Bergin, Esq.
>Dewey Pegno & Kramarsky LLP
>The News Building
>220 East 42nd Street
>New York, NY 10017

_/s/ Josephine Ricca_<br>JOSEPHINE RICCA