UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

JAMES M. BURKE, et al.,

        Plaintiffs,

  -against-

HESTIA HOLDINGS, LLC, et al.,

        Defendants.

------------------------------------------------------------- x

HESTIA HOLDINGS, LLC, et al.,

        Counterclaimants,

  -against-

JAMES BURKE, et al.,

        Counterclaim Defendants.

------------------------------------------------------------- x

Civil Action No.: 07-9909 (HB)(HBP)

**DECLARATION OF
ROBERT M. TRAVISANO
IN SUPPORT OF MOTION
FOR PARTIAL DISMISSAL OF
COUNTERCLAIMS**

    ROBERT M. TRAVISANO, pursuant to 28 U.S.C. § 1746, being of full age, hereby declares as follows:

    1.    I am an attorney at law duly admitted to practice before this Court and am an associate at the law firm of Entwistle & Cappucci LLP, attorneys for Plaintiffs and Counterclaim Defendants in the above-captioned matter. I am familiar with the facts and circumstances set forth herein.

    2.    I respectfully submit this Declaration in support of Counterclaim Defendants' motion for partial dismissal of the Counterclaims.

3.  Attached hereto as Exhibit A is a copy of the Notice of Claim dated November 7, 2007 which is referenced in the Counterclaims.

4.  I respectfully request that the Court consider the Notice of Claim in connection with the motion for partial dismissal of the Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2008

_____
ROBERT M. TRAVISANO

2