UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAMES M. BURKE and BRADLEY          :
L. GROW, as the designated Sellers'  :
Representatives, under that certain      :
Agreement and Plan of Reorganization and  :   07 Civ. 9909 (HB) (HBP)
Merger by and between Eateries Holdings,  :
LLC, Eateries, Inc., Fiesta LLC, and the     :
members of Eateries Holdings, LLC,       :   **ORDER FOR ADMISSION**
on the one hand, and Hestia Holdings, LLC,  :   **OF COUNSEL PRO HAC VICE**
Eateries Merger Sub, Inc. and Fiesta     :
Merger Sub, Inc., on the other hand,     :
dated as of December 26, 2006,           :
                                         :
                    Plaintiffs,          :
                                         :
    -against-                            :
                                         :
HESTIA HOLDINGS, LLC, a Delaware    :
Limited Liability Company, EATERIES, INC., a  :
Delaware corporation and FIESTA HOLDINGS,  :
INC., a Delaware corporation,            :
                                         :
                    Defendants.          :
------------------------------------------------------------ X

    THIS MATTER having been brought before the Court upon the application of Robert M. Travisano, Esq. of Entwistle & Cappucci LLP, attorneys for plaintiffs James M. Burke and Bradley L. Grow in the above-captioned matter, for an order pursuant to Local Rule 1.3(c) admitting certain counsel pro hac vice.

    IT IS HEREBY ORDERED that:

> Michael R. Perri
> Phillips McFall McCaffrey
>  McVay and Murrah, P.C.
> Corporate Tower, 13th Floor
> 101 North Robinson
> Oklahoma City, Oklahoma 73102
> Telephone: (405) 235-4100
> Facsimile: (405) 235-4133
> E-mail: mrperri@phillipsmcfall.com

[Stamp: DOCUMENT ELECTRONICALLY FILED  DOC #: _____  DATE FILED: 1/24/08]

> Robert J. Campbell, Jr.
> Phillips McFall McCaffrey
>  McVay and Murrah, P.C.
> Corporate Tower, 13th Floor
> 101 North Robinson
> Oklahoma City, Oklahoma 73102
> Telephone: (405) 235-4100
> Facsimile: (405) 235-4133
> E-mail: rjcampbell@phillipsmcfall.com
>
> -and-
>
> Wendy P. Higgins
> Phillips McFall McCaffrey
>  McVay and Murrah, P.C.
> Corporate Tower, 13th Floor
> 101 North Robinson
> Oklahoma City, Oklahoma 73102
> Telephone: (405) 235-4100
> Facsimile: (405) 235-4133
> E-mail: wphiggins@phillipsmcfall.com

are hereby admitted to practice pro hac vice as counsel for plaintiffs James M. Burke and Bradley L. Grow in the above-captioned matter in the United States District Court for the Southern District of New York.

    IT IS FURTHER ORDERED that all attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

    IT IS FURTHER ORDERED that the aforementioned Counsel shall immediately apply for an Electronic Case Filing system password and forward the pro hac vice fee to the Clerk of the Court.

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*

SO ORDERED.

_____, U.S.D.J.

Hon. Harold Baer, Jr., U.S.D.J.

2