UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES BURKE and BRADLEY L. GROW

               Plaintiff,

-against-

HESTIA HOLDINGS, LLC, EATERIES, INC. and FIESTA HOLDINGS, INC.

Defendant.

---

HESTIA HOLDINGS, LLC, EATERIES, INC. and FIESTA HOLDINGS, INC.

               Counterclaimants,

-against-

JAMES BURKE and BRADLEY L. GROW, as the designated Sellers' Representatives, EATERIES HOLDINGS, LLC, THE BURKE FAMILY, LLC, BRADLEY L. GROW, THE GROW FAMILY LLC, THE BRADLEY L. GROW REVOCABLE TRUST, VINCENT F. ORZA, PATRICIA L. ORZA, PATRICIA LANDI ORZA TRUST, ALEXANDRA MARIA ORZA TRUST, PATRICIA L. ORZA TRUST, VINCENT F. ORZA JR. TRUST, J.B. EDWARDS, DOUG DAVIS, PHILLIPS, MCFALL, MCCAFFREY, MCVAY & MURRAH 401K PROFIT SHARING PLAN, D. KEITH MCFALL, and BILL TOTTY,

               Counterclaim Defendants.

-and against-

RESTAURANT HOLDINGS LLC,

               Third-Party Defendant.

Index No. 07-9909(HB)

**STIPULATION AND ORDER**

# STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, with respect to Plaintiffs and Counterclaim Defendants' pending motion for partial dismissal of counterclaims (the "Motion"):

1. Defendants and Counterclaim Plaintiffs shall file any papers in opposition to the Motion on or before February 15, 2008; and

2. Plaintiffs and Counterclaim Defendants shall file any reply papers on or before March 7, 2008.

Dated: New York, NY
January 31, 2008

ENTWISTLE & CAPPUCCI LLP

*Robert M. Travisano*
William S. Gyves (WG-2770)
Robert M. Travisano (RT-3253)
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

PHILLIPS MCFALL MCCAFFREY
 MCVAY and MURRAH, P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, OK 73102
(405) 235-4100

*Attorneys for Plaintiffs and
Counterclaim Defendants*

DEWEY PEGNO & KRAMARSKY LLP

Thomas E.L. Dewey (TD-6243)
Keara A. Bergin (KB-0831)
220 East 42nd Street
New York, New York 10017
(212) 943-9000

*Attorneys for Defendants and Counterclaim Plaintiffs*

SO ORDERED:

_____
HAROLD BAER, JR.
United States District Judge

2