UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                          :

JAMES M. BURKE, et al.,                  :

       Plaintiffs,                 :      Civil Action No.: 07-9909 (HB)(HBP)

  -against-                        :

HESTIA HOLDINGS, LLC, et al.,    :      **NOTICE OF APPEARANCE**
                                          :      **AND REQUEST FOR NOTICES**
       Defendants.              :
-------------------------------------------------------x
                                          :

HESTIA HOLDINGS, LLC, et al.,    :

       Counterclaimants,       :

  -against-                        :

JAMES BURKE, et al.              :

       Counterclaim Defendants.  :
-------------------------------------------------------x

      Please take notice that the undersigned hereby appears as counsel for Plaintiffs/Counterclaim Defendants and requests copies of all notices, filings and pleadings in this case.

                Michael R. Perri
                Robert J. Campbell, Jr.
                Wendy P. Higgins
                Phillips McFall McCaffrey McVay & Murrah, P.C.
                Corporate Tower, Thirteenth Floor
                101 North Robinson
                Oklahoma City, Oklahoma 73102
                Telephone (405) 235-4100
                Fax: (405) 235-4133
                mrperri@phillipsmcfall.com
                rjcampbell@phillipsmcfall.com
                wphiggins@phillipsmcfall.com

Dated: March 12, 2008.

        Respectfully submitted,

By:   */s/ Michael R. Perri*
      Michael R. Perri, OBA #11954
      Robert J. Campbell, Jr., OBA #1451
      Wendy P. Higgins, OBA#21697
      PHILLIPS MCFALL MCCAFFREY
        MCVAY & MURRAH, P. C.
      Corporate Tower, 13th Floor
      101 N. Robinson
      Oklahoma City, Oklahoma 73102
      Telephone: (405)235-4100
      Facsimile: (405)235-4133

(Admitted Pro Hac Vice)

Attorneys for Plaintiffs and
Counterclaim Defendants