UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                                         :

JAMES M. BURKE, et al.,                :

        Plaintiffs,             :         Civil Action No.: 07-9909 (HB)(HBP)

  -against-                         :

HESTIA HOLDINGS, LLC, et al.,   :        **NOTICE OF APPEARANCE**
                                         :        **AND REQUEST FOR NOTICES**
        Defendants.          :
-------------------------------------------------------x

HESTIA HOLDINGS, LLC, et al.,   :

        Counterclaimants,     :

  -against-                         :

JAMES BURKE, et al.            :

        Counterclaim Defendants.  :
-------------------------------------------------------x

     Please take notice that the undersigned hereby appears as counsel for Plaintiffs/Counterclaim Defendants and requests copies of all notices, filings and pleadings in this case.

          Michael R. Perri
          Robert J. Campbell, Jr.
          Wendy P. Higgins
          Phillips McFall McCaffrey McVay & Murrah, P.C.
          Corporate Tower, Thirteenth Floor
          101 North Robinson
          Oklahoma City, Oklahoma 73102
          Telephone (405) 235-4100
          Fax: (405) 235-4133
          mrperri@phillipsmcfall.com
          rjcampbell@phillipsmcfall.com
          wphiggins@phillipsmcfall.com

Dated: March 12, 2008.

                          Respectfully submitted,

By:   */s/ Michael R. Perri*
       Michael R. Perri, OBA #11954
       Robert J. Campbell, Jr., OBA #1451
       Wendy P. Higgins, OBA#21697
       PHILLIPS MCFALL MCCAFFREY
         MCVAY & MURRAH, P. C.
       Corporate Tower, 13th Floor
       101 N. Robinson
       Oklahoma City, Oklahoma 73102
       Telephone: (405)235-4100
       Facsimile: (405)235-4133

(Admitted Pro Hac Vice)

Attorneys for Plaintiffs and
Counterclaim Defendants