```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JAMES M. BURKE and BRADLEY
L. GROW, as the designated Sellers'
Representatives, under that certain
Agreement and Plan of Reorganization and
Merger by and between Eateries Holdings,
LLC, Eateries, Inc., Fiesta LLC, and the
members of Eateries Holdings, LLC,
on the one hand, and Hestia Holdings, LLC,
Eateries Merger Sub, Inc. and Fiesta
Merger Sub, Inc., on the other hand,
dated as of December 26, 2006,

        Plaintiffs,

-against-

HESTIA HOLDINGS, LLC, *et al.*

        Defendants.

---------------------------------------------------------------- X

HESTIA HOLDINGS, LLC, *et al.*

        Counterclaimants,

-against-

JAMES BURKE and BRADLEY L. GROW, *et al.*

        Counterclaim Defendants.

---------------------------------------------------------------- X

Civil Action No.: 07-9909 (HB)

**STIPULATION EXTENDING THE
DEADLINE TO ADD NEW PARTIES**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time within which new parties may be joined in the above-captioned action shall be extended from May 1, 2008, as set forth in the Court's Pre-Trial Order dated January 24, 2008, up to and including May 15, 2008.

Dated: New York, New York
April 29, 2008

| | |
|---|---|
| ENTWISTLE & CAPPUCCI LLP<br>Attorneys for Plaintiffs and Counterclaim Defendants | DEWEY PEGNO & KRAMARSKY LLP<br>Attorneys for Defendants and Counterclaimants |
| By: _____<br>WILLIAM S. GYVES<br>ROBERT M. TRAVISANO | By: _____<br>KEARA A. BERGIN |
| 280 Park Avenue, 26th Floor West<br>New York, New York 10017<br>(212) 894-7200 | 220 East 42nd Street<br>New York, New York 10017<br>(212) 943-9000 |

SO ORDERED:

_____
HAROLD BAER, JR., U.S.D.J.

2