UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

------------------------------------------------------ X

JAMES M. BURKE and BRADLEY
L. GROW, as the designated Sellers'
Representatives, under that certain
Agreement and Plan of Reorganization and
Merger by and between Eateries Holdings,
LLC, Eateries, Inc., Fiesta LLC, and the
members of Eateries Holdings, LLC,
on the one hand, and Hestia Holdings, LLC,
Eateries Merger Sub, Inc. and Fiesta
Merger Sub, Inc., on the other hand,
dated as of December 26, 2006,

          Plaintiffs,

    -against-

HESTIA HOLDINGS, LLC, *et al.*

          Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.: 07-9909 (HB)


**STIPULATION EXTENDING THE
DEADLINE TO ADD NEW PARTIES**

------------------------------------------------------ X

HESTIA HOLDINGS, LLC, *et al.*

          Counterclaimants,

    -against-

JAMES BURKE and BRADLEY L. GROW, *et al.*

          Counterclaim Defendants.

------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys on behalf of their respective clients, that the time within which new parties may be

joined in the above-captioned action shall be extended from May 15, 2008, up to and including

May 29, 2008. → Keep in mind that all PTSO dates other than this remain in full force & effect

Dated: New York, New York
      May 13, 2008

ENTWISTLE & CAPPUCCI LLP
Attorneys for Plaintiffs and Counterclaim
Defendants

By: _____
       WILLIAM S. GYVES
      ROBERT M. TRAVISANO

280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200

DEWEY PEGNO & KRAMARSKY LLP
Attorneys for Defendants and
Counterclaimants

By: _____
      ARIEL P. CANNON

220 East 42nd Street
New York, New York 10017
(212) 943-9000

SO ORDERED:

_____
HAROLD BAER, JR., U.S.D.J.

2