UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JAMES M. BURKE, et al.,                : Civil Action No.: 07-9909 (HB)
                                       :
       Plaintiffs,                   :
                                       :
  -against-                           : **NOTICE OF MOTION**
                                       :
HESTIA HOLDINGS, LLC, et al.,          :
                                       :
       Defendants.                   :
                                       :
------------------------------------------------------------ x
                                       :
HESTIA HOLDINGS, LLC, et al.,          :
                                       :
       Counterclaimants,             :
                                       :
  -against-                           :
                                       :
JAMES BURKE, et al.,                   :
                                       :
       Counterclaim Defendants.      :
                                       :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE that upon the Declaration of Robert M. Travisano, Esq. and Memorandum of Law submitted herewith, plaintiffs James Burke and Bradley L. Grow, in their capacity as Sellers' Representatives, by and through their undersigned counsel, shall move before the Honorable Harold Baer, Jr., U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 15(a) and 20(a) granting Plaintiffs leave to amend their complaint to add Cordova, Smart & Williams, LLC as a new party to this matter.

      PLEASE TAKE FURTHER NOTICE that opposing affidavits and memoranda of law, if any, shall be served and filed on or before June 12, 2008.

PLEASE TAKE FURTHER NOTICE that reply affidavits and memoranda of law, if any, shall be served and filed on or before June 19, 2008.

Dated: New York, New York
      May 29, 2008

                ENTWISTLE & CAPPUCCI LLP

By:    s/ William S. Gyves
      William S. Gyves
      Robert M. Travisano
      280 Park Avenue, 26th Floor West
      New York, New York 10017
      Telephone: (212) 894-7200
      Facsimile: (212) 894-7272
      wgyves@entwistle-law.com
      rtravisano@entwistle-law.com

      Michael R. Perri
      Robert J. Campbell
      Wendy P. Higgins
      PHILLIPS MCFALL MCCAFFREY
      MCVAY & MURRAH, P. C.
      Corporate Tower, 13th Floor
      101 N. Robinson
      Oklahoma City, Oklahoma 73102
      Telephone: (405) 235-4100
      Facsimile: (405) 235-4133
      mrperri@phillipsmcfall.com
      rjcampbell@phillipsmcfall.com
      wphiggins@phillipsmcfall.com

      (Admitted Pro Hac Vice)

      Attorneys for Plaintiffs and
      Counterclaim Defendants

## CERTIFICATE OF SERVICE

I, Elizabeth DeHart, hereby certify that on May 29, 2008, I caused a copy of the attached Notice of Motion, Declaration of Robert M. Travisano, Esq. and Memorandum of Law in Support of Motion for Leave to File an Amended Complaint to be served via ECF upon counsel for Defendants/Counterclaimants as follows:

>Thomas E. L. Dewey, Esq.
>Keara A. Bergin, Esq.
>Dewey Pegno & Kramarsky LLP
>The News Building
>220 East 42nd Street
>New York, New York 10017
>tdewey@dpklaw.com
>kbergin@dpklaw.com

*/s/ Elizabeth DeHart*
ELIZABETH DEHART