```
                                        | DOCUMENT
                                        | DOC #: _____
                                        | DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

JAMES M. BURKE, et al.,                 :   Civil Action No.: 07-9909 (HB)
                                        :
                        Plaintiffs,     :
                                        :
        -against-                       :
                                        :   **CONSENT ORDER REGARDING**
HESTIA HOLDINGS, LLC, et al.,           :   **WITHDRAWAL OF COUNSEL FOR**
                                        :   **PLAINTIFFS AND COUNTERCLAIM**
                        Defendants.      :   **DEFENDANTS**
                                        :
----------------------------------------------------------- x
                                        :
HESTIA HOLDINGS, LLC, et al.,           :
                                        :
                        Counterclaimants, :
                                        :
        -against-                       :
                                        :
JAMES BURKE, et al.,                    :
                                        :
                        Counterclaim Defendants. :
                                        :
----------------------------------------------------------- x

THIS MATTER HAVING been opened to the Court upon the application of

Phillips McFall McCaffrey McVay & Murrah, P. C. and Entwistle & Cappucci LLP, attorneys

for plaintiffs and counterclaim defendants in the above-captioned action, for leave to withdraw

from their representation of plaintiffs and counterclaim defendants; and it,

APPEARING that plaintiffs and counterclaim defendants consent to this

withdrawal and are desirous of having Sneed Lang, P.C., 1700 Williams Center Tower 1, One

West Third Street, Tulsa, Oklahoma 74103 and Smith Campbell, LLP, 110 Wall Street, New

York, New York 10005 substitute in as attorneys of record for them; and it,

FURTHER APPEARING that Steven K. Balman, Esq. of the Sneed Lang, P.C.,

having closely monitored this action as personal attorney for plaintiff and counterclaim
defendant Bradley L. Grow, is fully conversant with the facts of this case; and it,

FURTHER APPEARING that the defendants and counterclaimants consent to
this substitution of counsel; and it,

FURTHER APPEARING that this substitution is not taken for the purposes of
delay; and it,

FURTHER APPEARING that substituting counsel affirmatively represent that
they will not seek any adjournment of the Court's Pretrial Order of January 24, 2008 by reason
of this substitution; and it,

FURTHER APPEARING that the parties and incoming counsel agree that this
order may be executed simultaneously or in counterparts, each of which shall be deemed to be an
original, but all of which shall constitute one and the same instrument; and that a signature by
facsimile shall constitute an original signature;

IT IS on this 20 day of June , 2008

ORDERED that Sneed Lang, P.C. (subject to Steven K. Balman's making

application for admission pro hac vice) and Smith Campbell, LLP shall be and hereby are

substituted into the above-captioned action as attorneys of record for plaintiffs and counterclaim
defendants.

HONORABLE HAROLD BAER, JR., U.S.D.J.

2