UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| JAMES M. BURKE, et al., | Civil Action No.: 07-9909 (HB) |
| Plaintiffs, | |
| -against- | |
| HESTIA HOLDINGS, LLC, et al., | **MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN K. BALMAN** |
| Defendants. | |

------------------------------------------------------------x

HESTIA HOLDINGS, LLC, et al.,

           Counterclaimants,

-against-

JAMES BURKE, et al.,

           Counterclaim Defendants.

------------------------------------------------------------x

In accordance with Local Civil Rule 1.3(c), of the Local Rules for the United States District Court for the Southern District of New York, the undersigned counsel moves for the admission *pro hac vice* in this case of Steven K. Balman, an attorney with the firm of Sneed Lang, P.C., 1700 Williams Center, Tower I, One West Third Street, Tulsa, Oklahoma 74103-3522, as lead counsel for Plaintiffs.

    1.    In accordance with Local Civil Rule 1.3(c), the undersigned counsel has filed with this motion Certificates issued within the last thirty (30) days stating that the applicant is a member in good standing of the bar of the courts specified. *See* Exhibit 1, Certification from the

Oklahoma Bar Association for Steven K. Balman, and Exhibit 2, Certification from the United States District Court for the Northern District of Oklahoma for Steven K. Balman.

2. Mr. Balman was admitted to the Oklahoma Bar Association in 1981. Mr. Balman is a member in good standing of the Trial Bar of the United States District Court for the Northern District of Oklahoma, and has previously been admitted to practice in a number of other federal jurisdictions, including the United States Supreme Court, United States Court of Appeals for the Tenth Circuit, United States District Court for the Western District of Oklahoma and United States District Court for the Eastern District of Oklahoma. Mr. Balman has also been admitted *pro hac vice* in the United States District Court for the Northern District of Georgia, and the United States District Court of the Virgin Islands.

3. We have conferred on this motion with Thomas L. Dewey, Esq. of Dewey Pegno & Kramarsky, LLP, attorneys for Defendants and Counterclaimants, who has consented to the motion being granted on behalf of the Defendants and Counterclaimants.

4. Based on the foregoing, the undersigned counsel requests that the Court grant this motion and allow Steven K. Balman to appear *pro hac vice* in this case. For the Court's convenience, a proposed Order accompanies this motion as Exhibit 3.

Dated: June 23, 2008
    New York, New York

                                    Respectfully submitted,

                                    _____
                                    Thomas M. Campbell (TC1690)
                                    SMITH CAMPBELL, LLP
                                    Attorneys for Plaintiffs
                                    110 Wall Street
                                    New York, N.Y. 10005
                                    Tel:  (212) 344-1500

## Certificate Of Service

The undersigned attorney for the Plaintiffs herein hereby certifies that a true and correct copy of the foregoing document with its annexed exhibits was served via First Class U.S. Mail, postage prepaid, this 23rd day of June, 2008, to the following attorneys:

Thomas L. Dewey, Esq
DEWEY PEGNO & KRAMARSKY LLP
Attorneys for Defendants and Counterclaimants
The News Building
220 East 42nd Street
New York, New York 10017

Steven K. Balman, Esq.
SNEED LANG, P.C.
1700 Williams Center Tower 1
One West Third Street
Tulsa, Oklahoma 74103
(918) 583-3145

_____
Thomas M. Campbell (TC1690)

# EXHIBIT 1



## OKLAHOMA BAR ASSOCIATION
1901 North Lincoln Boulevard • P.O. Box 53036 • Oklahoma City, OK 73152-3036 • (405) / 416-7007
Website: www.okbar.org                                              FAX (405) / 416-7003

**DAN MURDOCK**
General Counsel

**JANIS HUBBARD**
First Asst. General Counsel

**LORAINE D. FARABOW**
Asst. General Counsel

**JANNA D. HALL**
Asst. General Counsel

**MARK A. DAVIDSON**
Asst. General Counsel

**ROBERT D. HANKS**
Senior Investigator

**SHARON ORTH**
Investigator

**DOROTHY WALOS**
Investigator

**KRYSTAL WILLIS**
Investigator

# CERTIFICATE

STATE OF OKLAHOMA      )
                       )
COUNTY OF OKLAHOMA     )

Janis Hubbard, being duly sworn, deposes and says:

That she is the First Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That STEVEN KENT BALMAN, OBA #492, was admitted to the practice of law by the Supreme Court of Oklahoma on October 02, 1981, and is an active member in good standing of the Oklahoma Bar Association.

_____
Janis Hubbard
First Assistant General Counsel

Subscribed and sworn to before me this 5th day of June, 2008.

_____
NOTARY PUBLIC

My Commission Expires:
**January 08, 2011**
Commission Number:
**07000304**

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

### CERTIFICATE OF GOOD STANDING

I, Phil Lombardi, Clerk of Court, United States District Court, Northern District of Oklahoma, **DO HEREBY CERTIFY THAT** Steven Kent Balman was duly admitted to practice in said Court on November 20th, 1981 and is in good standing as a member of the bar of said Court.

Dated at Tulsa, Oklahoma on June 3, 2008.

Phil Lombardi,
Clerk of Court, United States District Court

_____
By: S. MacDonald, Deputy Clerk

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
JAMES M. BURKE, et al.,                    :    Civil Action No.: 07-9909 (HB)
                                           :
             Plaintiffs,                   :
                                           :
    -against-                              :
                                           :    **ORDER GRANTING MOTION FOR**
HESTIA HOLDINGS, LLC, et al.,              :    **ADMISSION OF ATTORNEY STEVEN**
                                           :    **K. BALMAN *PRO HAC VICE***
             Defendants.                   :
                                           :
-------------------------------------------------------------- x
                                           :
HESTIA HOLDINGS, LLC, et al.,              :
                                           :
             Counterclaimants,             :
                                           :
    -against-                              :
                                           :
JAMES BURKE, et al.,                       :
                                           :
             Counterclaim Defendants.      :
                                           :
-------------------------------------------------------------- x

THIS cause is before the Court upon the motion of Plaintiffs/Counterclaim Defendants for attorney Steven K. Balman to be admitted *pro hac* vice in this case as lead counsel for the Plaintiffs and Counterclaim Defendants. The Court has considered the motion and the record in the case, and being otherwise advised, it is

ORDERED AND ADJUDGED that Plaintiff's/Counterclaim Defendants motion of Steven K. Balman to be admitted *pro hac* vice in this case as lead counsel for

the Plaintiffs and Counterclaim Defendants be and the same hereby is GRANTED.

Done and Ordered in Chambers in New York, New York this _____ day of _____, 2008.

_____
HONORABLE HAROLD BAER, JR., U.S.D.J.

Cc: Thomas M. Campbell, Esq.
Smith Campbell, LLP
Steven K. Balman, Esq.
Sneed Lang, P.C.
Attorneys for Plaintiffs and Counterclaim Defendants

Thomas L. Dewey, Esq.
Dewey Pegno & Kramarsky, LLP
Attorneys for Defendants and Counterclaimants