```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JAMES M. BURKE, et al., :  Civil Action No.: 07-9909 (HB)

    Plaintiffs, :

-against- :

HESTIA HOLDINGS, LLC, et al., :  ORDER GRANTING MOTION FOR
     :  ADMISSION OF ATTORNEY STEVEN
    Defendants. :  K. BALMAN *PRO HAC VICE*

------------------------------------------------------------x

HESTIA HOLDINGS, LLC, et al., :

    Counterclaimants, :

-against- :

JAMES BURKE, et al., :

    Counterclaim Defendants. :

------------------------------------------------------------x

THIS cause is before the Court upon the motion of Plaintiffs/Counterclaim Defendants for attorney Steven K. Balman to be admitted *pro hac* vice in this case as lead counsel for the Plaintiffs and Counterclaim Defendants. The Court has considered the motion and the record in the case, and being otherwise advised, it is

ORDERED AND ADJUDGED that Plaintiff's/Counterclaim Defendants motion of Steven K. Balman to be admitted *pro hac* vice in this case as lead counsel for

the Plaintiffs and Counterclaim Defendants be and the same hereby is GRANTED.

Done and Ordered in Chambers in New York, New York this 23 day of June, 2008.

_____
HONORABLE HAROLD BAER, JR., U.S.D.J.

Cc: Thomas M. Campbell, Esq.
Smith Campbell, LLP
Steven K. Balman, Esq.
Sneed Lang, P.C.
Attorneys for Plaintiffs and Counterclaim Defendants

Thomas L. Dewey, Esq.
Dewey Pegno & Kramarsky, LLP
Attorneys for Defendants and Counterclaimants