UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BURKE and BRADLEY L. GROW as the designated Sellers' Representatives, etc.<br><br>Plaintiffs,<br><br>-against-<br><br>HESTIA HOLDINGS, LLC, EATERIES, INC. and FIESTA HOLDINGS, INC.,<br><br>Defendants. | Civ. No. 07-9909 (HB)<br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| HESTIA HOLDINGS, LLC, EATERIES, INC. and FIESTA HOLDINGS, INC.<br><br>Counterclaimants,<br><br>-against-<br><br>JAMES BURKE and BRADLEY L. GROW, as the designated Sellers' Representatives, EATERIES HOLDINGS, LLC, THE BURKE FAMILY, LLC, BRADLEY L. GROW, THE GROW FAMILY LLC, THE BRADLEY L. GROW REVOCABLE TRUST, VINCENT F. ORZA, PATRICIA L. ORZA, PATRICIA LANDI ORZA TRUST, ALEXANDRA MARIA ORZA TRUST, PATRICIA L. ORZA TRUST, VINCENT F. ORZA JR. TRUST, J.B. EDWARDS, DOUG DAVIS, PHILLIPS, MCFALL, MCCAFFREY, MCVAY & MURRAH 401K PROFIT SHARING PLAN, D. KEITH MCFALL, and BILL TOTTY,<br><br>Counterclaim Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Counterclaim Defendants, James M. Burke and Bradley L. Grow as Sellers' Representatives, along with Eateries Holdings, LLC, The Burke Family, LLC, Bradley L. Grow, The Grow Family, LLC, The Bradley L. Grow Revocable Trust, Vincent F. Orza, Patricia L. Orza, Patricia

Landi Orza Trust, Alexandra Maria Orza Trust, Patricia L. Orza Trust, Vincent F. Orza Jr. Trust, J.B. Edwards, Doug Davis, Phillips McFall McCaffrey McVay & Murrah 401K Profit Sharing Plan, D. Keith McFall and Bill Totty, and Defendants and Counterclaimants, Hestia Holdings, LLC, Eateries, Inc. and Fiesta Holdings, Inc. stipulate to the dismissal of the captioned case without prejudice, each party to bear its own costs.

Dated:  New York, New York
        June 30 2008

Sneed Lang, PC
1700 Williams Center Tower I
One West Third Street
Tulsa, Oklahoma 74103-3522
(918) 583-3145

_____
Steven K. Balman

Thomas M. Campbell
Smith Campbell LLP
110 Wall Street
New York, New York 10005

*Attorneys for Plaintiffs/Counterclaim-Defendants*

Dewey Pegno & Kramarsky LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000

_____
Thomas E. L. Dewey
*Attorneys for Defendants/Counterclaim-Plaintiffs*

The Clerk of the Court is instructed to close and to remove this case from my docket.

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: 7/1/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08